**CITY OF KANSAS CITY, Missouri, Plaintiff-Respondent,**

v.

**Ira SKIRLOCK, Defendant-Appellant.**

**No. WD 34684.**

Missouri Court of Appeals, Western District.

March 20, 1984.

Appeal from Jackson County Circuit Court, Jackson County; Anthony J. Romano, Associate Circuit Judge.

Franz E. Brown, Kansas City, for defendant-appellant.

James G. Lindquist, Edward B. Rucker, Asst. City Prosecutor, Kansas City, for plaintiff-respondent.

Before SOMERVILLE, P.J., and CLARK and BERREY, JJ.

## ORDER

PER CURIAM.

Appeal from judgment of conviction for violation of Kansas City, Mo., Rev. Ordinance, Chapter 26, § 26.13.2 (1970) and Chapter 1, § 1.17 (1970).

Judgment affirmed. Rule 30.25(b).

All concur.